AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)        ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br><br>6/27/2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____MMC_____ DEPUTY |
|---|

# UNITED STATES DISTRICT COURT

for the

Central District of California

| FILED<br>CLERK, U.S. DISTRICT COURT<br><br>6/27/25<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____MR_____ DEPUTY |
|---|

United States of America

v.

DOMINIC RIOS,

Defendant

Case No.  2:25-MJ-04014-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 10, 2025, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 39A | Aiming a Laser Pointer at an Aircraft |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Pauline Lumpkins*
*Complainant's signature*

Pauline Lumpkins, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date            June 27, 2025
_____

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Pedro V. Castillo, U.S. Magistrate Judge
*Printed name and title*

AUSA:   Derek R. Flores x 4896_____

**AFFIDAVIT**

I, PAULINE MARRAGOU LUMPKINS, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against Dominic RIOS ("RIOS") for a violation of 18 U.S.C. § 39A (Aiming a Laser Pointer at an Aircraft) (the "SUBJECT OFFENSE"), which he committed on or about June 10, 2025.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since June 2021. Upon joining the FBI, I attended and graduated from the FBI Basic Field Training Course in Quantico, Virginia, where I received training in a variety of investigative and legal matters, including case management, interviewing, crisis management, crime scene analysis, cellular telephone analysis, evidence

1

collection, and handling confidential sources. I am currently assigned to the FBI's Los Angeles Field Division and focus on investigating criminal cases involving gangs and assaults on law enforcement officers. My background also includes cases dealing with foreign influence campaigns and transnational repression.

### III.  SUMMARY OF PROBABLE CAUSE

4.   On June 10, 2025, a Los Angeles Police Department ("LAPD") helicopter was flying at an altitude of approximately 950 feet monitoring protests in downtown Los Angeles when it was struck three times by green laser light. The LAPD helicopter pilot and flight officer were able to identify the person using the laser (later identified as RIOS) and relay his location near a parking lot and his description to LAPD officers on the ground. LAPD officers on the ground found RIOS, who matched the description provided by the helicopter officers and was in the vicinity of the same parking lot described by the helicopter officers, and arrested him. An LAPD officer searched defendant and found a laser pointer in RIOS's pocket. After the LAPD officer Mirandized defendant, RIOS admitted that he had used his green laser pointer on the LAPD helicopter. Testing confirmed that the device seized from RIOS was a green laser pointer.

### IV. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of law enforcement reports, interviews of witnesses, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

2

**A.     Three Green Laser Strikes Hit an LAPD Helicopter**

6.     Based on statements made by LAPD Command Pilot Dale Melton and LAPD Tactical Flight Officer Julio Lopez during my separate interviews of them on June 18, 2025, and LAPD Task Force Officer ("TFO") Garrett Van Hooser's June 11, 2025, report, I learned the following:

a.    On June 10, 2025, at approximately 10:45 p.m., Pilot Melton and Officer Lopez were operating an LAPD helicopter at an altitude of approximately 950 feet above downtown Los Angeles to monitor protests in the area near the Federal Building located at 300 North Los Angeles Street, Los Angeles, California 90012.

b.    Around that time, the helicopter was struck by a green laser that lit up the cockpit of the helicopter and was coming from the Northeast corner of Spring and Third Street.

c.    While using helicopter camera, Pilot Melton was able to narrow down the location after the first laser hit to the northeast corner of Spring Street and Third Street. He saw a group of approximately six to eight people in that area and started following them using the helicopter camera. After the second and third strikes, Pilot Melton continued focusing on that group and located an individual holding a green laser (who was later identified as RIOS). Pilot Melton described the individual as a Hispanic male wearing a black hoodie, a black Los Angeles Dodgers hat, and black pants.

d.    The helicopter was hit by a total of three green laser strikes, each lighting up the cockpit. Each strike lasted

3

approximately three to five seconds. Pilot Melton changed the helicopter's altitude to avoid additional laser strikes. After the first strike, Officer Lopez pulled down the laser shield from his helmet to protect his vision. Pilot Melton and Officer Lopez realized that the strikes were purposeful and looked for the individual responsible for hitting the helicopter with the laser.

e.    Pilot Melton and Officer Lopez relayed RIOS's description to LAPD officers on the ground. Officer Lopez directed LAPD officers on the ground to RIOS's location, which was around Third Street and Main Street.

**B.    LAPD Identifies and Arrests RIOS as the Individual that Used a Laser to Strike the LAPD Helicopter**

7.    Based on statements made by TFO Van Hooser and LAPD TFO Michael Otamendi during my separate interviews of them on June 18, 2025, and TFO Van Hooser's June 11, 2025, report, I learned the following:

a.    On June 10, 2025, TFOs Van Hooser, Richard Koval, and Otamendi were assigned to a plain clothes detail (i.e., they were not wearing police uniforms and were driving an unmarked car) to monitor protest activity in downtown Los Angeles.

b.    Around 10:45 p.m. that day, TFOs Van Hooser, Koval, and Otamendi were on patrol wearing plain clothes and black tactical vests marked "Police," and were monitoring the area of Spring Street and Fourth Street when they heard a radio broadcast from an LAPD helicopter stating that the helicopter was being struck by a laser. The Tactical Flight Officer radioed

4

that the person using the laser was a Hispanic male wearing all black with a black Los Angeles Dodgers hat.  The Tactical Flight Officer also radioed that this person was walking eastbound through a parking lot south of Third Street and approaching Main Street.

        c.   TFOs Van Hooser, Koval, and Otamendi then drove eastbound through the same parking lot in an unmarked police car and saw RIOS, who matched the description given by the Tactical Flight Officer. After the TFOs exited their car, RIOS looked at the TFOs and then started running westbound down Third Street away from the TFOs. The TFOs started running after RIOS. TFO Otamendi then told RIOS to stop running and get on the ground, which RIOS did, and the TFOs arrested RIOS.

        d.   TFO Van Hooser then conducted a pat down of RIOS. TFO Van Hooser felt a hard, long cylindrical object in RIOS's front left pocket which TFO Van Hooser believed to be a laser pointer. TFO Van Hooser removed the object from RIOS's pocket, and it was in fact a laser pointer, which TFO Van Hooser seized as evidence.

        e.   TFO Van Hooser then <u>Mirandized</u> RIOS, and RIOS stated that he understood his rights. RIOS told TFO Van Hooser that he pointed the laser at the LAPD helicopter to warn others that the LAPD helicopter was onto them. RIOS also stated that the laser was green.

    8.   Below is an image of RIOS, showing his dark clothing and black Los Angeles Dodgers hat, captured and broadcast by KCAL News during RIOS's arrest on June 10, 2025:

5



9.    Below are pictures of the laser seized from RIOS:




**C.    LAPD Testing Confirms that RIOS's Laser is a Green Laser and Is Hazardous to the Eyes**

10.    Based on my review of a report prepared by Peter King,

PhD[1], analyzing RIOS's laser, I learned the following:

---

[1] According to the California Institute of Technology's directory available at https://directory.caltech.edu/personnel/pking, Dr. King works as an Institute Laser Safety Officer at Caltech.

      a.   On June 17, 2025, Dr. King tested the laser seized from RIOS. Based on his testing, Dr. King made the following findings:

      i.   The laser seized from RIOS was a laser because the output beam clearly showed a speckle which is the result of coherence, which is the property of a laser light.

      ii.   The average output of RIOS's laser was 9 milliwatts at the green wavelength of 532 nanometers.

      iii. RIOS's laser had a label that listed it as a Class I laser, which are lasers with an output power limit of 0.4 milliwatts.[2] RIOS's laser was in fact a Class IIIb laser because it had an output power limit between 5 milliwatts and 500 milliwatts. Class IIIb lasers are a hazard to the eyes.

//

//

//

//

//

//

//

//

//

//

//

---

[2] The U.S. Food and Drug Administration posts information for laser classifications on its website here: https://www.fda.gov/radiation-emitting-products/laser-products-and-instruments/important-information-laser-pointer-manufacturers

## V.  CONCLUSION

11.  For all the reasons described above, there is probable cause to believe that RIOS has committed a violation of the SUBJECT OFFENSE.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 27th day of
June, 2025.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

8